# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sanberg, Kathleen H. | U.S. Bankrutpcy Court, District of Minnesota | 04/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

8W U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Revocable Trust #1 |
| 2. Trustee | Revocable Trust #2 |
| 3. Director | National Conference of Bankruptcy Judges |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | WindRider, International, LLC., Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | April 12-13, 2015 | San Antonio | Reimbursement for Mid Year Conference | Transportaion, meals, hotel, registration fee |
| 2. | National Conference of Bankruptcy Judges | September 26-30, 2015 | Miami | Reimbursement for Annual Conference | Reimbursement for Annual Conference |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Guaranty/ Contingent Liability for business debt (Spouse) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Leisure Specialists, Inc.- shares (Y) | | | | | | | | | |
| 2. First Eagle Overseas Fund SGOVX | A | Int./Div. | L | T | Buy (add'l) | 01/12/15 | L | | |
| 3. Charles Schwab Gt Money Fund/Deposit Acct SWGXX | A | Int./Div. | K | T | Sold (part) | 12/17/15 | J | A | |
| 4. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 5. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 6. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 7. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 8. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 9. | | | | | Buy (add'l) | 10/26/15 | J | | |
| 10. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 11. | | | | | Sold (part) | 10/13/15 | J | A | |
| 12. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 13. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 14. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 15. | | | | | Sold (part) | 08/07/15 | J | A | |
| 16. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 17. | | | | | Buy (add'l) | 07/3/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/16/15 | J | A | |
| 19. | | | | | Sold (part) | 07/10/15 | J | A | |
| 20. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 21. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 22. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 23. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 24. | | | | | Buy (add'l) | 05/08/15 | J | | |
| 25. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 26. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 27. | | | | | Sold (part) | 03/23/15 | J | A | |
| 28. | | | | | Buy (add'l) | 3/13/15 | J | | |
| 29. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 30. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 31. | | | | | Sold (part) | 01/12/15 | K | A | |
| 32. Schwab Fundamental US Large Cp SFLNX | A | Int./Div. | L | T | Sold (part) | 10/08/15 | J | A | |
| 33. | | | | | Sold (part) | 03/24/15 | J | A | |
| 34. Salient MLP & Energy Infras FD II INst SMLPX | A | Int./Div. | L | T | Buy (add'l) | 06/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares TR Russell 1000 ETF IWB | A | Int./Div. | L | T | Sold (part) | 01/14/15 | L | A | |
| 36. | | | | | Sold (part) | 02/09/15 | K | A | |
| 37. | | | | | Buy (add'l) | 12/17/15 | K | | |
| 38. First Eagle Overseas Fund CL1 SGOIX (X) | C | Int./Div. | K | T | | | | | |
| 39. American FD WA Mut In FD CL F@ WMFFX | A | Int./Div. | K | T | Buy (add'l) | 02/05/15 | K | | |
| 40. Americn Fd WA Mutual MFTMD | A | Int./Div. | | | Sold | 11/25/15 | K | A | |
| 41. F&B BuildingPartnership | | None | J | W | | | | | |
| 42. Morgan Stanley Money Market Acct--Bank Deposit Program | A | Int./Div. | | | Closed | 09/01/15 | J | A | |
| 43. Windrider International LLC- member LLC | D | Int./Div. | J | U | | | | | |
| 44. Champlain Small Cap CIPSX | A | Int./Div. | K | T | Buy (add'l) | 1/12/15 | K | | |
| 45. | | | | | Sold (part) | 08/05/15 | J | A | |
| 46. | | | | | Buy (add'l) | 02/05/15 | K | | |
| 47. Goldman Sachs Bk CDDue 11/07/17 (X) | A | Int./Div. | K | T | | | | | |
| 48. Goldman Sachs Bk CD due 10/17/17 (X) | A | Int./Div. | L | T | | | | | |
| 49. Diamond Hilll Small DHSX | A | Int./Div. | K | T | Buy | 10/26/15 | J | | |
| 50. | | | | | Sold (part) | 12/21/15 | K | A | |
| 51. First Eagle Overseas SCOIX | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Bonds 38143AS22 | A | Int./Div. | K | T | | | | | |
| 53. Goldman Sachs Bonds 38143AN2 | A | Int./Div. | L | T | | | | | |
| 54. American Fds Growth GFAFX | A | Int./Div. | K | T | Sold (part) | 11/12/15 | K | C | |
| 55. PIMCO Com Real Ret Strat D PCRDX | A | Int./Div. | | | Sold | 01/12/15 | K | A | |
| 56. Russell Multi Strategy RMSSZ | A | Int./Div. | K | T | Sold (part) | 10/14/15 | K | A | |
| 57. | | | | | Buy (add'l) | 06/05/15 | K | | |
| 58. Russell Global Equitiebfd RGESX | D | Int./Div. | M | T | Sold (part) | 12/12/15 | K | A | |
| 59. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 60. | | | | | Buy (add'l) | 01/12/15 | K | | |
| 61. | | | | | Sold (part) | 01/12/15 | K | A | |
| 62. | | | | | Buy (add'l) | 01/12/15 | K | | |
| 63. Russell Global Real Est. RRESX | B | Int./Div. | L | T | Sold (part) | 12/15/15 | K | B | |
| 64. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 65. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 66. | | | | | Buy (add'l) | 02/05/15 | K | | |
| 67. Russell Global Infrastructure S RGISX | A | Int./Div. | K | T | Sold (part) | 12/14/15 | K | B | |
| 68. | | | | | Buy (add'l) | 10/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 70. Selected American Sharesclass S SLASX | A | Int./Div. | K | T | Buy (add'l) | 07/10/15 | J | | |
| 71. | | | | | Buy (add'l) | 02/05/15 | K | | |
| 72. Russell Emer. Mkts. REMSX | A | Int./Div. | L | T | Buy (add'l) | 01/12/15 | K | | |
| 73. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 74. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 75. Select American Shares CL D SLADX | D | Int./Div. | K | T | Buy (add'l) | 11/20/15 | K | | |
| 76. | | | | | Sold (part) | 11/25/15 | K | A | |
| 77. Russell Global Opp Credit S RGCSX | | None | L | T | Buy (add'l) | 06/05/15 | J | | |
| 78. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 79. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 80. Russell Strategic Bonds CLS RFCTX | C | Interest | L | T | Buy (add'l) | 10/14/15 | K | | |
| 81. | | | | | Sold (part) | 06/05/15 | L | A | |
| 82. Minnesota St bonds 604129PM | A | Interest | L | T | | | | | |
| 83. Chaska Sch Dist Bonds 161681PY1 | A | Interest | | | Redeemed | 02/01/15 | K | A | |
| 84. Perham MN Bonds 713788NU | A | Interest | K | T | | | | | |
| 85. Discover Bank Bonds 254671GG | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mahtomedi MN Bonds 560194QP0 | A | Interest | | | Redeemed | 02/01/15 | K | A | |
| 87. Big Lake Minn Bonds 089275JH5 | B | Interest | L | T | | | | | |
| 88. Bloomington MN bonds 094797R82 | A | Interest | | | Redeemed | 02/01/15 | K | A | |
| 89. Dakota Cnty MN bonds 234096MF9 | A | Interest | | | Redeemed | 02/01/15 | K | A | |
| 90. Lake Superior MN bonds 510897DA | A | Interest | L | T | | | | | |
| 91. ISHares MSCI ACWI X | A | Int./Div. | L | T | Buy | 12/14/15 | L | | |
| 92. Russell Commodity Strategies RCCSX | A | Int./Div. | | | Sold | 12/15/15 | J | A | |
| 93. | | | | | Buy | 01/12/15 | J | | |
| 94. American FundWA Mutual Inv. FD CL F1 WSHX X | A | Int./Div. | K | T | Sold (part) | 11/12/15 | J | A | |
| 95. | | | | | Buy | 07/10/15 | J | | |
| 96. American Ffd Growth Am CL F2 GFFX X | A | Int./Div. | K | T | Buy | 02/05/15 | K | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As the Revocable Trusts #1 and #2 include all assets reported and there are no other beneficiaries and because the assets are the same we own individually I have reported the all assets in the aggregate, rather than by account.

Leisure Specialist, Inc. was dissolved 12/31/13. Mistakenly reported last year. No incom or value was received at the time of dissolution or before that was not previously reported.

Line 42- Morgan Stanley Acct- no funds left at time account closed- remainder (less than $10.00) paid for account fee.

| Name of Person Reporting | Date of Report |
|---|---|
| Sanberg, Kathleen H. | 04/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kathleen H. Sanberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544